**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 96-3408

_____

|  |  |  |
|---|---|---|
| Glenn A. Rogers, Sr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Appeal from the United States |
| City of Berkeley; John L. Snelson; | * | District Court for the |
| Gerald F. Thake; Marshall D. | * | Eastern District of Missouri |
| Poeschel; Robert S. Thompkins; | * | |
| Robert L. Stewart; Terry L. | * | [UNPUBLISHED] |
| Wilkerson, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 5, 1998

Filed: April 8, 1998

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Glenn A. Rogers, Sr., appeals from the final order of the United States District Court[1] for the Eastern District of Missouri granting summary judgment to the City of Berkeley and individual police officers in this employment discrimination action. After

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

de novo  review, we affirm for the reasons set forth in the district court's well-reasoned opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.